United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 09, 2023
Nathan Ochsner, Clerk

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 19-31634-H2-7 |
| | § | |
| EDUARDO U. EVERETT | § | |
| GLORIA R. EVERETT | § | CHAPTER 7 |
| | § | |
| DEBTORS | § | |

**ORDER APPROVING TRUSTEE'S COMPENSATION AND EXPENSES**
(Docket No. 66)

It is ordered that the chapter 7 trustee is allowed compensation in the amount of $1,725.00; it is further

Ordered that the chapter 7 trustee is allowed $55.05 as a reimbursement of expenses; and it is further

Ordered that in the event additional interest income accrues on estate funds prior to the distribution of funds by the chapter 7 trustee, the chapter 7 trustee shall be entitled to fees on the distribution of the additional interest amounts in accordance with 11 U.S.C. 326(a), without further Order of the Court.

Signed: January 09, 2023.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**